KIRBY AISNER & CURLEY LLP
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500 · www.kacllp.com

November 4, 2026

**Via ECF and Email**
Honorable Louis A. Scarcella
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

**re: In re Boulder Ridge Deux LLC,**
**EDNY Chapter 11 Case No: 26-71035-las**

Dear Judge Scarcella,

As you are aware, this firm is counsel to Fairbridge Credit LLC and Fairbridge Strategic Capital LLC (collectively, "Fairbridge"), secured creditors in the above-referenced chapter 11 case. Reference is made to Fairbridge's letter [ECF No. 97] filed yesterday requesting a status conference concerning the Debtor's outstanding document production.

Following the filing of the letter, Fairbridge received a partial production of documents from the Debtor. Although the production remains incomplete, Fairbridge respectfully withdraws its request for a conference, without prejudice, in order to enable Fairbridge and the Debtor to engage in a further meet and confer to resolve the remaining discovery issues without Court intervention.

The parties have also reopened settlement discussions. Fairbridge remains hopeful that a resolution can be reached by the parties that will avoid the expense of proceeding with the evidentiary hearing.

We will update the Court on the above developments as appropriate.

Respectfully,

*/s/ Erica R. Aisner*
Erica R. Aisner, Esq.

ERA/kt
cc: Robert Rattet, Esq. (via email)
Joseph Maniscalco, Esq. (via email)
William Birmingham, Esq. (via email)
All parties receiving ECF Notification